# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GINA MARCKS,<br><br>　　　　Defendant. | Case No. 2:19-cr-00315-JAD-NJK<br><br>**ORDER**<br>ECF No. 82 |

　　　Based on the parties' stipulations and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, April 5, 2021 at 10:00 a.m., be vacated and continued to January 10, 2022, at 10:00 a.m.

　　　DATED this 23rd day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE