# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00315-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| GINA MARCKS, | ECF No. 102 |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for January 10, 2022 at 10:00 a.m., be vacated and continued to May 17, 2022, at 10:00 a.m.

IT IS FURTHER ORDERED that the information objections to the PSR are due on April 17, 2022.

DATED this 20th day of December 2021.

_____
UNITED STATES DISTRICT JUDGE