# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>GINA MARCKS,<br><br>             Defendant. | Case No. 2:19-cr-00315-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 107 |

   Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for May 17, 2022 at 10:00 a.m., be vacated and continued to October 19, 2022, at 10:00 a.m.

   IT IS FURTHER ORDERED that the information objections to the PSR are due on September 19, 2022.

   DATED this 2nd day of May, 2022.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE