UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GINA MARCKS,<br><br>　　　　Defendant. | Case No. 2:19-cr-00315-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 115 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for October 19, 2022 at 10:00 a.m., be vacated and continued to March 7, 2023, at 11:00 a.m.

　　IT IS FURTHER ORDERED that the information objections to the PSR are due on February 7, 2023.

　　DATED this 5th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE