**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GINA MARCKS,<br><br>    Defendant. | Case No. 2:19-cr-00315-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 123 |

Based on the parties' stipulation, IT IS ORDERED that the sentencing hearing currently scheduled for March 7, 2023 at 11:00 a.m., be vacated and continued to September 18, 2023, at 3:00 p.m.

IT IS FURTHER ORDERED that the information objections to the PSR are due on August 18, 2023.

DATED this 9th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE