# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GINA MARCKS,<br><br>        Defendant. | Case No. 2:19-cr-00315-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 141 |

     IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for September 18, 2023 at 3:00 p.m., be vacated and continued to October 26, 2023, at 10:00 a.m.

     IT IS FURTHER ORDERED that the information objections to the PSR are due on September 26, 2023.

     DATED this 30th day of August, 2023.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE