**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00315-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | **ECF No. 155** |
| GINA MARCKS, | |
| Defendant. | |

Based on the parties' stipulation, IT IS ORDERED that the sentencing hearing currently scheduled for October 26, 2023 at 3:00 p.m., be vacated and continued to January 29, 2024, at 2:00 p.m.

IT IS FURTHER ORDERED that the information objections to the PSR are due on December 29, 2023.

DATED this 10th day of October, 2023.

_____

UNITED STATES DISTRICT JUDGE