RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Gina Marcks

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00315-JAD-NJK |
| Plaintiff, | **EMERGENCY[1] STIPULATION TO MODIFY CONDITIONS OF RELEASE TO ALLOW TRAVEL** (First Request) |
| v. | |
| GINA MARCKS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Gina Marcks, that the conditions of her release be modified to allow her to travel to Texas for the funeral of her sister provided that she provide pretrial services information about her travel plans in advance of her travel.

This Stipulation is entered into for the following reasons:

---

[1] This Stipulation is brought on an emergency basis due to the timing of the request. Mrs. Marcks sister just passed and the family planned the funeral for tomorrow, November 2, 2023.

1.    Ms. Marcks was released on a PR Bond in December 2019. One of her conditions restricted her travel to Clark County, NV.[2]

2.    Since Mrs. Marcks release, she has been in continued compliance with Pretrial Services.

3.    Unfortunately, Mrs. Marcks sister just passed away. Her sister resided in Texas and the family has planned funeral services in Texas for Thursday, November 2, 2023. Mrs. Marcks is requesting permission to travel to Texas to attend the funeral and then immediately return to Las Vegas on Friday, November 3, 2023. Mrs. Marcks' daughter is in the process of making all the travel arrangements for her mother.

4.    Pretrial services does not oppose this request as long as Mrs. Marcks provides her travel itinerary in advance of her travel and updates pretrial services with any unexpected changes.

5.    The parties agree to this requested modification.

This is the first request for modification of conditions of release.

DATED this 2nd day of November, 2023.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney


By /s/ Heidi Ojeda
HEIDI OJEDA
Assistant Federal Public Defender

By /s/ Jim W. Fang
JIM W. FANG
Assistant United States Attorney

---

[2] ECF No. 31 at 2, Condition #20.

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00315-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| GINA MARCKS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that Mrs. Marcks conditions of release to modified to allow her to travel to Texas to attend the funeral of her sister.

IT IS FURTHER ORDERED that Mrs. Marcks provide Pretrial Services with her travel itinerary and update Pretrial Services with any unexpected changes during her travel.

DATED this 2nd day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE