UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>GINA MARCKS,<br><br>        Defendant. | Case No. 2:19-cr-00315-JAD-NJK<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for January 29, 2024 at 2:00 p.m., be vacated and continued to March 6, 2024 at the hour of 10:00 a.m.

      Due to the high number of continuances and the age of this plea, this hearing will not be further continued without extraordinary circumstances.

                                                                                     UNITED STATES DISTRICT JUDGE

                                                                                     January 22, 2024